**Order entered September 5, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00258-CV

## THE ESTATE OF LEAH RITA TILLOTSON, DECEASED

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. 18359**

## ORDER
Before Justices Schenck, Osborne, and Partida-Kipness

Based on the Court's opinion of this date, we **DENY** Tillotson's Motions to Review Supersedeas Orders. This Court's March 10, 2020 order staying enforcement of the turnover order will remain in effect for twenty days after the date of this Order to provide Tillotson time to post security in accordance with the trial court's February 12, 2020 and February 26, 2020 orders. We **DIRECT** the Clerk of this Court to **LIFT** this Court's March 10, 2020 stay order on the twenty-first calendar day after the date of this order.

/s/     ROBBIE PARTIDA-KIPNESS
PRESIDING JUSTICE